M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Ralph Lingo AIS 190083 )
Full name and prison name of )
Plaintiff(s) )
                                         ) 2008 MAR 27 A 9:20
v.                                       )
                                         ) DEBRA P. HACKETT
                                         ) U.S. DISTRICT COURT
CARLA H. WOODALL                         ) MIDDLE DISTRICT
P.O. DRAWER 6406                         )
DOTHAN, ALABAMA                          )
           36302                         )
_____          )
Name of person(s) who violated your      )
constitutional rights. (List the names   )
of all the person.)                      )

CIVIL ACTION NO. 1:08CV225-WKW
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

    B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☒    NO ☐

    C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Carl Ralph Lingo

            Defendant(s) Carla H. Woodall

        2.  Court (if federal court, name the district; if state court, name the county)

            Houston County Circuit Court


SCANNED
BN 3-27-08

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

and case CC-2003-595.⁶⁰
I want the names and addresses for all jurors for these cases. I want to know all charges that have been dropped or changed. I also want the attorneys names and addresses.

GROUND TWO: She is refusing to give all legal summons dockets for Mrs. Debra Blackstone
Home Address: 402 Emew Dr. Dothan, AL 36301

SUPPORTING FACTS: I ask my family to go the clerk to buy copies for a case action summary and all legal summons for Debra Blackstone and she is refusing me and my family this information.


GROUND THREE: She is refusing case action summories for cases DC-2003-001085⁰⁰; DC-2003-001084⁰⁰ and DC 2003-1083, 1084 and 1085 by computer

SUPPORTING FACTS: She is refusing to give me case action summories for cases CC-2003-1340; CC-2003-1339; DC-2004-70 and CC-~~2004~~ 2004 -2014 by computer and she is also information the attorney for these cases. She is refusing me court docket records. Since 2003 I have filed for a fast and speedy trial with no response from her. ~~I want~~

3. Docket number _CC-2003-599.000 and CC-2003-599.C0_

4. Name of judge to whom case was assigned _Jerry M. White_

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _Still pending In Federal Court_

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Bullock County Correctional Facility Bullock, Alabama_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Houston County Court_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

 NAME | ADDRESS

1. _Carla H. Woodall, Houston County Circuit cleRK P.O Drawer 6406 Dothan, AL 36302_

2. _____
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Mrs. Woodall is refusing to give me records concerning cases CC-2003-599.000_

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the courts to get me the documents that I am requesting. And for Carla H. Woodall to pay all legal fees for this matter, and to pay for all investigation and research fees.
If we go to court I ask for one million Dollars for Damages. Per Count.

*Ralph Lingo*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3-26-2008
(Date)

*Ralph Lingo A's # 19008-154-2A*
Signature of plaintiff(s)

It can be settled by giving me what I ask for and pay court cost and I'll Drop it. All court docket and summons and suppenas Must show court seals. If she does not have the Summons for Debra Blackstone, she need to write me and let me know.

Ralph LinGo A/s 190083=K4-2A
P.O. Box 5107
UNION SPRINGS, AL 36089-5107



OFFICE of THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
MONTGOMERY, ALABAMA
36101-0711