IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN   DIVISION</u>

2008 APR 16 A 9:52

Ralph W. Lingo, #190083,    )
   Plaintiff,    ) <u>CIVIL ACTION NO. 1:08-CV-225</u>
V.    )
CARLA H. WOODALL,    )
   Defendant,    )

<u>Motion to the court, BY THE Petitioner,</u>
<u>This MOTION is ABOUT THE HOUSTON COUNTY</u>
<u>CLERK COVERING up AND BEING HIS HONEST</u>

ALL ASK FOR is FOR A FAIR TRIAL AND FOR THE
STATE TO GIVE ME ALL EVIDENCE TO PROVE MY
CASE I FILED A MOTION FOR DISCLOSURE AND
NOTICE TO PRODUCE IN THE CASE INVOLVING
INTIMIDATION OF A STATE WITNESS, The LEGAL
DOCUMENTS WE HAVE BEEN ASKING FOR The
CLERK OF HOUSTON COUNTY <u>CARLA H. WOODALL</u> WAS
REFUSED TO GIVE THE LEGAL DOCUMNTS I
HAVE REQUESTED WE HAVE SENT PAYMENTS TO
The CLERK AND WE HAVE BEEN REFUSED
THESE LEGAL DOCUMENTS, WE HAVE SENT
FAMILY TO THE CLERK WITH PAYMENTS FOR The
DOCUMENTS AND HAVE BEEN REFUSED. The CLERK

HAS REFUSED TO PUT ANY THING IN WRITING THE CLERK WILL SEND LETTERS BACK UNOPENED SEVERAL MOTIONS HAVE BEEN FILED TO THE HOUSTON COUNTY CLERK, THE HOUSTON COUNTY CLERK CARLA H. WOODALL IS ONE OF THE STUPIDEST CLERKS I HAVE EVER DELT WITH, CARLA H. WOODALL IS A COVER FOR THE LAW, CARLA H. WOODALL IS JUST LOW DOWN AND SORRY. SHE HELPED KEEP A MAN IN JAIL FOR 5 YEARS, CC-2003-599-"000" CARLA H. WOODALL COVERS UP FOR CROOKED COPS AND JUDGES I AM FILING A LAW SUIT AGAINST CARLA H. WOODALL AND I DID FILE ONE AGAINST HER BUT I HAVE TRIED EVERYTHING IN A LEGAL AND RESPECTFUL WAY FOR THE DOWMENTS. I DO NOT EVEN THINK CARLA H. WOODALL NEEDS TO BE A DOG CATCHER, SHE DOES NOT DO HER JOB, SHE COVERS UP FOR THE STATE, THE FEDERAL JUDGE IN THIS CASE CHARLES S. COODY IS THE CHIEF UNITED STATES MA IS TRATE JODGE ALL WE ARE ASKING FOR ARE THE DOCUMENTS, IF THE JUDGE CANNOT BE HONEST AND FAIR WITH BOTH PARTIES AT LEAST GIVE US THE RIHT TO APPEAL TO THE ELEVENTH CIRCUIT I ASK THE NEWS TO PLEASE GET IN BACK OF THIS STORY,

Certifiate of service

I hereby certify that on the 14 day of 4-14-2008, I did serve a copy of the forgo in by U.S. Mail, Postage prepaid, and Properly addressed as follows;

CC: CARLA H. WOODALL, Office Houston County Circuit Clerk P.O DRAWE 6406 Dothan, AL 36302

CC: Off of the Clerk, United States District Court P.O. Box 711, Montgomery, AL 36101-0711

CC: Dothan Eagle P.O. Box 1968, Dothan, AL 36302
CC: The Abbeville Herald 135 Kirkland street P.O. Box 609 Abbe Ville, AL 36310

  Case CC-2003-599.000
  Civil Action No. 1:08-CV-225
  Civil Action No. 1:06-CV-703
  Ralph W. Lingo AIS# 190083 = K4-2A
  Bullock Correctional Facility
  P.O. Box 5107,
  Union Springs AL 36089-5107

Name Ralph Lingo AIS#190083   Date. 4-14-2008



:o# 190083 = K4-2A
ock
;107
rings, AL 36089-5107

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

jaL MAiL)