IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2008 APR 22 A 10:12
DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RALPH W. LINGO, #190083, )
    Plaintiff, )
V. ) CIVIL ACTION NO. 1:08-CV-225
 )
CARLA H. WOODALL, )
    Defendant, )

## MOTION TO THE COURT TO NOT DISMISS THIS CASE

RALPH LINGO HAS THE RIGHT TO HAVE ALL EVIDENCE THE STATE HAS AGAINST HIM. RALPH LINGO HAS THE RIGHT FOR ALL DOCUMENTS AGAINST HIM. LINGO NEVER SEEN AN ARREST WARRENT FOR INTIMIDATION OF A STATE WITNESS. THE COURT OR SHERIFFS OFFICE CANNOT SHOW A LEGAL SUMMONSE FOR DEBRA BLACKSTONE TO BE A WITNESS OF THE STATE. RALPH LINGO'S HOME WAS SEARCHED ON 4-14-2003 AND HE WAS ARRESTED ON 5-7-2003 BUT NO CHARGES WERE FILED DURING THAT PERIOD OF TIME. RALPH LINGO SENT IN $5.00 PAYMENTS TO THE CLERKS OFFICE FOR ALL LEGAL SUMMONSE AND THE SEARCH WARRENT WHICH ARE NOT ON FILE. THE COURT IS KEEPING RALPH LINGO

(Page 1. OF 3)

IN PRISON ILLEGALLY. ALL WE ASK FOR IS A LETTER FROM THE CLERK STATING THE DOCUMENTS ARE NOT ON FILE. WE ASK THE COURT TO DISMISS THE CARLA WOODALL CASE AND THE INTIMIDATION OF STATE WITNESS CASE AGAINST RALPH LINGO. ONLY IF THE CLERK WILL GIVE A LETTER OR WE WILL APPEAL TO A HIGHER COURT. ALL WE ARE ASKING FOR IS THE HONESTY OF THE DOCUMENTS. THE CASE IS NOT DISMISSED UNTIL WE GET THE DOCUMENTS OR THE LETTER. THANK YOU

CASE, CC- 2003-599,000
13A-10-123, Intimidatiog a Witness,
(3) Induce that Person to absent himself from an offical <u>Proceeding to which he has been "leglly" Summoned,"</u>

(Date. 4-14-2003 and 5-7-2003)

Page, (2)

## Certifiate of service

I hereby certify that on the __20__ day of __4-20-__, 2008, I did serve a copy of the forgo in by U.S. Mail Postage Prepaid, and Properly addressed as follows:

CC: CARLA H. WOODALL, Office HOUSTON COUTY CIRCUIT CLKRK P.O. DRAWER 6406 DOTHAN, AL 36302

CC: OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT P.O. BOX 711 MONTGOMERY, AL 36101-0711

CC: Dothan Eagle P.O Box, 1968, Dothan AL 36302
CC: The Abbeville Herald 135 Kirkland street P.O. Box 609 Abbeville, AL 36310

CIVIL ACTION NO. 1:08-CV-225

Ralph Lingo Ais#190083, K4-2A
Bullock Correctional Facility
P.O. Box 5107
Union Springs, AL 36089-5107

Name, Ralph Lingo    Ais#190083    Date, 4-20-2008

Page (3).

Ralph Lingo #190083-147-29
P.O. Box 5107
Union Springs, AL 36089-5107

Legal Mail



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. Box 711
Montgomery, AL 36101-0711

36101+0711