IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH WILSON LINGO, #190083, )
 )
  Plaintiff, )
 )
  v. ) CIVIL ACTION NO. 1:08-CV-225-WKW
 )
CARLA H. WOODALL, )
 )
  Defendants. )

**ORDER**

Upon review of document filed by the plaintiff on April 22, 2008 (Court Doc. No. 6), which the court construes as a motion for reconsideration of the Recommendation entered on April 9, 2008, and as the plaintiff has presented no valid basis for such action, it is

ORDERED that this motion be and is hereby DENIED.  It is further

ORDERED that the plaintiff be GRANTED an extension from April 22, 2008 to and including May 2, 2008 to file an objection to the Recommendation entered on April 9, 2008.

Done this 23rd day of April, 2008.


    /s/ Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE