IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH W. Lingo,
  Plaintiff,        CIVIL ACTION No. 1:08-CV-225
V.
CARLA H. WOODALL,
  Defendant,

A mot    To the courts.
I want to tell the courts and Carla H. Woodall, that I had to press lEgal action against you. But all I have been asking of you is your honesty. and this did not have to go this far. All I was asking you for, was to send me the honest docketts that was "stamped by your court seals", or an honest letter. I sent the court five dollars for their service. I never recieved what I ~~osking~~ asked for. but if any dockett come up later on, any case of Houstan county shows "a court seal stamp", and you have been with holding.

these documents from me, if any court documents had better show a court seal stamp, of it being recieved by your office, I do want you to repond back about the documents that I am asking you for, I am asking you for the following documents;

1) A warrant for the intimidation of a state witness,

2) A legal summons document for Debra Blackstone,

These documents must show a court seal stamp of when they were recieved in your office, from all law enforcement documents, they must show the court seal stamp, Please send me a letter on these two documents, The date will be 4-14-2003 = 5-14-03, If you do not have them please write a letter telling me of each document, If you do have these documents, send me a bill for them, I will appreciate your honesty,
(CAse, 2003-cc-599,000)
  Houston county case

Ralph Ley

Ralph Lurgo H.S# 190083-164-T12
P.O. Box 5107
Union Springs, AL 36089-5107

MONTGOMERY AL 361
06 MAY 2008 PM 1 T

(Legal Mail)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

36101+0711