IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RALPH WILSON LINGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-0225-WKW |
| | ) | |
| CARLA H. WOODALL, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On April 9, 2008, the Magistrate Judge filed a Recommendation (Doc. # 3) in this case to which no timely objections were filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. # 3) is ADOPTED;

2. The Complaint is DISMISSED without prejudice due to the plaintiff's failure to pay the requisite filing fee upon the initiation of this case;

3. To the extent the plaintiff's filing of May 7, 2008 (Doc. # 8) is a motion for the production of court documents, it is DENIED as MOOT; and

4. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 21st day of May, 2008.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE