IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

Ralph Wilson Lingo,
 Plaintiff,                    Case No 1:08-CV-0225
   V,
CARLA H. WOODALL
 Defendant,

A motion to the court. I will agree to this suit to be dropped if ms. Woodall will cooperate,

1. If she won't cooperate I have no choice but to resuit her.
2. I have sent ms. Woodall motions with 2 opies in a pre paid enovlope, stamp me a copy and send it back to me, so for ms. Woodall win no cooperate in case number, 2003-000-1339 and case 2003-CC-599.000 and 2003-CC-599.60 case 04-CC-2014 I even offered to buy copies she will not cooperate, I will refile ir this contives in the next 7 days. All ask is that she do her job. Thank You,

(7 days)
                                Ralph Lingo 5-26-08

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of 5-26-2008 I did serve a copy of the foregoin on by, U.S. Mail Postage prepaid, and Propely addressed as Follows,

CIVIL ACTION NO 1:08-CV-0225

CC: Office of The CLERK,
Defendant, CARLA H. WOODALL
HOUSTON COUNTY CIRCUIT CLERK
P.O. DRAWER 6406
Dothan, AL 36302

CC: Office of THE CLERK, UNITED STATES DISTRICT COURT
P.O. BOX 711 MONTGOMERY, ALABAMA, 36101-0711

Ralph Wilson Lingo Ais #190083-K4-2A
ADOC BULLOCK
Bullock Correctionl Facility
P.O. BOX 5107
Union Springs, AL 36089-5107

Ralph Lingo  5-26-2008