IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RALPH WILSON LINGO, #190083, )
             )
   Plaintiff,     )
             )
v.           )   CIVIL ACTION NO. 1:08-CV-225-WKW
             )
CARLA H. WOODALL,    )
             )
   Defendant.    )

**ORDER ON MOTION**

On May 28, 2008, the plaintiff filed a document styled "motion to the court" (Court Doc. No. 11), in which he asserts facts relative to the claims presented in his complaint and advises the court of his intention to re-file this case if the defendant fails to act as he deems necessary.[1] The plaintiff seeks no action by the court. The court therefore concludes that this document should be considered only as a notice to the court. Accordingly it is

ORDERED that this document (Court Doc. No. 11) be entered on the docket as a notice to the court. The Clerk is hereby DIRECTED to terminate any reference to a motion associated with this document.

Done this 28th day of May, 2008.

      /s/ Charles S. Coody     
      CHARLES S. COODY
      CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1]The court dismissed this case under the "three strikes" provision of 28 U.S.C. § 1915(g) due to the plaintiff's failure to pay the requisite filing fee upon initiation of the case. The plaintiff is advised that any subsequent complaint filed against the defendant must be accompanied at the time of filing by the $350 filing fee or such complaint will likewise be subject to summary dismissal in accordance with the directives of 28 U.S.C. § 1915(g). *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002)